EXHIBIT A

# Behavioral Systems Southwest, Inc.
8141 Orion Avenue
Van Nuys, CA 91406
(818) 780-5139 Phone (818) 780-2540 Fax

TO: WHOM IT MAY CONCERN

FROM: BALTAZAR VALENCIA
ORION RRC EMPLOYMENT PLACEMENT SPECIALIST

DATE: 02/11/2022
RE: ESCOBEDO-SILVA, EDUARDO
REG# 68067-112

Please be advised that the above referenced individual was under the custody of the Federal Bureau of Prisons residing here at Orion Residential Re-entry Center since his arrival from FCI Herlong on May 31, 2018. This memo is to reference Mr. Escobedo's character and accomplishments while in the RRC. Since his arrival to the RRC, Mr. Escobedo presented himself in a respectful manner and followed all facility rules. Resident Escobedo would complete his morning cleaning details and offered to help around the facility when needed. Resident did not display any behavioral issues and would get along well with other residents. In fact, resident Escobedo looked to help other residents and would buy them food and donate his clothing to the less fortunate residents.

While in the program, Mr. Escobedo accomplished many things which included; gaining employment, reconnecting with his family and completing the transitional skills course (TSC) offered by the RRC. By Participating in the TSC, Mr. Escobedo gained knowledge and skills to help him transition back into society and avoid recidivism. Additionally resident Escobedo would volunteer in our in-house AA/ NA meetings and share his experience with others in an effort to prevent vulnerable residents from relapsing. It is my hope that this letter gives you an insight into Mr. Escobedo's positive character while he was in our facility and that he can be considered for early probation termination. I have every confidence that Mr. Escobedo will continue to be an outstanding and supportive member of the community even after his probation ends.

 If you have any questions concerning this matter, please don't hesitate to call at the number on the header.

Sincerely,

Baltazar Valencia



# Certificate of Completion

THIS ACKNOWLEDGES THAT

## EDUARDO ESCOBEDO-SILVA

HAS SUCCESSFULLY COMPLETED
TRANSITIONAL SKILLS COURSE AT THE ORION RRC

BALTAZAR VALENCIA– EMPLOYMENT PLACEMENT SPECIALIST

07/06/2018

DATE

EXHIBIT B







