# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA
# (THE HONORABLE DANA M. SARAW)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDUARDO ESCOBEDO-SILVA,<br><br>Defendant. | Case No. 14CR02124-DMS<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE (ECF 121)** |

GOOD CAUSE APPEARING and based on the motion, IT IS HEREBY ORDERED that Defendant's motion for early termination of supervised release is GRANTED. Accordingly, supervised release imposed on Defendant Eduardo Escobedo-Silva is hereby terminated and the Defendant is hereby discharged from the remaining term of supervised release.

The Clerk is directed to send a copy of this Order to the United States Probation Office.

IT IS SO ORDERED.

DATED: 3-17-22

HONORABLE DANA M. SABRAW
United States District Judge